UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS

In re: **Sabrina P York**                                                                 Case No.: _____

### APPLICATION FOR ATTORNEY'S FEES AND COSTS
### FOR PRE-CONFIRMATION SERVICES

**Walden M. Cash**, Petitioner and Attorney for the debtor(s), states as follows:

1. Petitioner has or will perform the following legal services for the debtor(s) regarding this case: preliminary meetings with and counseling of the debtor(s); preparation and filing of petition, schedules, plan and any other required statements or support documentation; attendance at 341(a) meeting; advising the debtor(s) regarding requirements to obtain a discharge, including the obtaining of a financial management course; filing any required statements regarding completion of a financial management course and required certifications for domestic support obligations; routine consultation with the debtor(s) from time-to-time after confirmation regarding the status of the case and steps needed for plan completion, including without limitation, changes of address, changes in employer/employee withholding, review of summary notices of claims, review of annual/semi-annual reports, and review or preparation of miscellaneous correspondence regarding the case; and compliance with all requirements of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, General Orders, Local Rules and procedures. Additionally, Petitioner seeks reimbursement of actual and necessary costs for creditors served by regular mail (not to exceed $2.75 per creditor) or by certified mail (not to exceed $11 per creditor).

2. Petitioner has reached the following arrangement with the debtor(s) for the services:

   | | |
   |---|---:|
   | Total Attorney Fee Requested:: | $4,300.00 |
   | Less Fees Received Prior to Filing: (Excluding filing fee) | $0.00 |
   | Plus Service Costs: ( **18** regular mail notices @ **2.75** ): | $49.50 |
   | (____ certified mail notices @ ____): | $0.00 |
   | Total Fees and Costs for Pre-Confirmation Services: | $4,349.50 |

3. Petitioner further states that no understanding or agreement has been made directly or indirectly for the division of fees between Petitioner and the debtor(s) or any person, firm or corporation.

4. The debtor(s) and Petitioner agree that the Trustee shall first pay administrative costs, then an initial fee to Petitioner of $ **1,500.00**, from funds paid to the Trustee by the debtor(s), and the remaining fee at the rate of **25** % of the total disbursed to creditors each month.

Approved by:                                                            Respectfully Submitted,

**/s/ Sabrina P York**                                                      **/s/ Walden M. Cash**
**Sabrina P York**                                                         **Walden M. Cash**
Debtor                                                                      Attorney

                                                                            Name:     **Cash Law Firm, P.A.**
                                                                            Address:  **424 West 4th Street**
                                                                                      **Suite B**
                                                                                      **North Little Rock, AR 72114**
Debtor                                                                      Phone number:   **501-371-9114**