IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

IN RE:     SABRINA P. YORK            CASE NO.: 1:24-bk-71364
         DEBTOR                          CHAPTER 13

**MOTION TO EXTEND THE AUTOMATIC STAY**

Comes, Sabrina P. York, by and through her attorney, Walden M. Cash, and for her Motion to Extend the Automatic Stay states the following:

1. Debtor filed Chapter 13 bankruptcy on August 19, 2024.

2. Debtor previously filed Chapter 13 bankruptcy, case number 1:24-bk-70964, which was filed on June 13, 2024, and dismissed on July 15, 2024, for failure to pay the required filing fee.

3. Debtor has had only one previous case that was pending during the preceding year.

4. Debtor filed this case in good faith. Debtor's financial and personal affairs have changed since her last case. Debtor has sufficient income to support the proposed Chapter 13 plan.

5. Debtor believes that this case will be confirmed and that she will be able to fully perform under the terms of the Chapter 13 plan. Further, Debtor is able and willing to abide by any further assurances ordered by this Court.

**WHEREFORE**, Debtor prays that this Court extend the automatic stay pursuant to 11 U.S.C. § 362 (c)(3)(B) as to all creditors for the duration of this chapter 13 proceeding, or until such time as the stay is terminated under 11 U.S.C. § 362(c)(1) or (c)(2), or a motion for relief is granted under § 362(d).

Respectfully submitted,

/s/ Walden M. Cash
Cash Law Firm, P.A.
Attorney for Debtor
424 West 4th Street, Suite B
North Little Rock, Arkansas 72114
(501) 371-9114

## CERTIFICATE OF MAILING

I, Walden M. Cash, do hereby certify that a copy of the foregoing was mailed to the following, via U.S. Mail or electronically, this 19th day of August 2024:

Jack W. Gooding, Chapter 13 Trustee
(Via Electronic Filing)

All creditors per debtor's matrix of August 19, 2024

/s/ WALDEN M. CASH

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

IN RE:     SABRINA P. YORK     CASE NO.: 1:24-bk-71364
DEBTOR     CHAPTER 13

## NOTICE OF OPPORTUNITY TO OBJECT TO MOTION

You are hereby notified that the captioned debtor has filed the attached Motion to Extend the Automatic Stay. Objections to Motion must be filed with the U.S. Bankruptcy Court at 300 West Second St., Little Rock, Arkansas 72201 in writing within fourteen (14) days from the date of this notice, with copies to the attorney for debtor and the Chapter 13 Trustee.

If objections to Motion are filed, they will be set for hearing by subsequent notice. If no objections are received, the Motion may be granted without further notice or hearing.

Date: August 19, 2024

/s/ Walden M. Cash
Cash Law Firm, P.A.
Attorney for Debtor
424 West 4th Street, Suite B
North Little Rock, Arkansas 72114
(501) 371-9114

## CERTIFICATE OF MAILING

I, Walden M. Cash, do hereby certify that a copy of the foregoing was mailed to the following, via U.S. Mail or electronically, this 19th day of August 2024.

Jack W. Gooding, Chapter 13 Trustee
(Via Electronic Filing)

All creditors per debtor's matrix of August 19, 2024

/s/ WALDEN M. CASH