**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF ARKANSAS**
**EL DORADO DIVISION**

| | | |
|---|---|---|
| IN RE: | SABRINA P. YORK | CASE NO.: 1:24-bk-71364 |
| | DEBTOR | CHAPTER 13 |

### ORDER GRANTING MOTION TO EXTEND STAY

On Motion of Debtor and for good cause shown, this Court hereby finds and orders as follows:

1. Debtor filed Chapter 13 bankruptcy on August 19, 2024, and a Motion to Extend the Automatic Stay was filed on August 19, 2024.

2. No party in interest has objected or otherwise responded to the Motion to Extend the Automatic Stay. The Chapter 13 Trustee has no objection to the Motion being granted.

3. The automatic stay shall be extended as to all creditors for the duration of this case.

4. Debtor's Motion to Extend the Automatic Stay is hereby **GRANTED.**

**IT IS SO ORDERED.**

_____
U.S. BANKRUPTCY JUDGE

September 3, 2024
DATE

Prepared by:

/s/ Walden M. Cash
Cash Law Firm, P.A.
Attorney for Debtor
424 West 4th Street, Suite B
North Little Rock, Arkansas 72114
(501) 371-9114

CC:    Jack W. Gooding, Chapter 13 Trustee